AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ebel, David M. | 2. Court or Organization<br><br>Tenth Circuit Court of Appeals | 3. Date of Report<br><br>08/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan Fd. | B | Dividend | | | Sold | 10/13/16 | J | D | |
| 2. Janus Contrarian Fd. | | None | | | Sold (part) | 01/14/16 | K | B | |
| 3. | | | | | Sold (part) | 01/19/16 | J | A | |
| 4. | | | | | Sold | 02/08/16 | J | A | |
| 5. Janus Global Life Science Fd. D | | None | | | Sold (part) | 01/14/16 | K | B | |
| 6. | | | | | Sold (part) | 01/19/16 | K | B | |
| 7. | | | | | Sold | 02/08/16 | K | B | |
| 8. Janus Money Market Fd. D | A | Interest | M | T | | | | | |
| 9. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 10. Fidelity Select Energy Service Fd. | | None | J | T | | | | | |
| 11. EYEris Inc. Class A Common Stock | | None | J | T | | | | | |
| 12. EYEris Inc. Class B Common Stock | | None | J | T | | | | | |
| 13. Janus Growth & Income Fd. D | A | Dividend | K | T | | | | | |
| 14. Fidelity U.S. Gov't Reserves | A | Interest | J | T | | | | | |
| 15. Fidelity Emerging Markets Fd. | A | Dividend | J | T | | | | | |
| 16. Fidelity Value Fd. | B | Dividend | J | T | | | | | |
| 17. Fidelity Diversified Int'l Fd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dodge & Cox Stock Fd. | B | Dividend | K | T | Sold (part) | 01/06/16 | K | B | |
| 19. | | | | | Sold (part) | 02/08/16 | J | A | |
| 20. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 21. | | | | | Sold (part) | 09/16/16 | J | A | |
| 22. Dodge & Cox Balanced Fd. | C | Dividend | L | T | Buy (add'l) | 05/25/16 | J | | |
| 23. Dodge & Cox Income Fd. | B | Dividend | K | T | Buy (add'l) | 01/06/16 | K | | |
| 24. | | | | | Buy (add'l) | 02/08/16 | K | | |
| 25. | | | | | Sold (part) | 03/17/16 | K | B | |
| 26. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 27. | | | | | Sold (part) | 12/06/16 | K | B | |
| 28. Janus Short Term Bond Fd. D. | A | Dividend | J | T | | | | | |
| 29. Intech U.S. Core Fd. D | | None | | | Sold | 02/08/16 | J | A | |
| 30. Perkins Mid-Cap Value Fd. D | D | Dividend | K | T | Sold (part) | 01/25/16 | J | A | |
| 31. | | | | | Buy (add'l) | 05/25/16 | L | | |
| 32. Fidelity Int'l Small Cap Fd. | A | Dividend | K | T | | | | | |
| 33. Fidelity Contra Fd. | A | Dividend | K | T | | | | | |
| 34. Dodge & Cox International Stock Fd(F/K/A Dodge & Cox International Fd) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 36. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 37. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 38. Janus Enterprise Fund D | A | Dividend | L | T | Sold (part) | 01/25/16 | J | | |
| 39. | | | | | Buy (add'l) | 05/25/16 | L | | |
| 40. Fidelity Environmental and Alternative Energy | A | Dividend | J | T | | | | | |
| 41. Janus Fund D | A | Dividend | J | T | | | | | |
| 42. Fidelity Select Natural Resources | A | Dividend | J | T | | | | | |
| 43. Dodge & Cox Global Stock Fd. | A | Dividend | J | T | Sold (part) | 02/08/16 | J | A | |
| 44. | | | | | Buy (add'l) | 03/17/16 | K | | |
| 45. | | | | | Sold (part) | 05/25/16 | J | A | |
| 46. Open Intelligence Software Group, Inc. Class A Common Stock | A | Dividend | J | U | | | | | |
| 47. Lyza Software Group, Inc. Class A Common Stock | A | Dividend | | | Sold | 12/31/16 | J | A | |
| 48. Apple Inc | A | Dividend | K | T | Sold (part) | 01/15/16 | J | | |
| 49. | | | | | Sold (part) | 01/21/16 | J | | |
| 50. | | | | | Sold (part) | 05/05/16 | K | | |
| 51. | | | | | Sold (part) | 11/14/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | CVS Health Corp | B | Dividend | J | T | | | | | |
| 53. | Triangle Petroleum | | None | | | Sold | 05/13/16 | J | | |
| 54. | Medallion Resources | | None | J | T | | | | | |
| 55. | Fidelity Select Health Care | B | Dividend | | | Sold | 02/08/16 | J | A | |
| 56. | US Bank | A | Interest | K | T | | | | | |
| 57. | Fidelity Acct. Individual | A | Interest | J | T | | | | | |
| 58. | Alon USA Partners | | None | | | Buy (add'l) | 02/17/16 | J | | |
| 59. | | | | | | Sold (part) | 01/19/16 | J | | |
| 60. | | | | | | Sold | 02/19/16 | J | | |
| 61. | Monroe Com | | None | | | Sold | 02/08/16 | J | | |
| 62. | Alibaba Group Hldg Ltd (BABA) | C | Dividend | | | Sold (part) | 01/06/16 | K | | |
| 63. | | | | | | Sold | 01/19/16 | J | | |
| 64. | Disney Walt Co | A | Distribution | | | Sold | 01/15/16 | J | | |
| 65. | Rave Restaurant | | None | | | Sold | 01/12/16 | J | | |
| 66. | Nike Inc Class B (NKE) | A | Dividend | | | Buy (add'l) | 01/12/16 | J | | |
| 67. | | | | | | Sold | 01/20/16 | J | | |
| 68. | Whole Foods MKT Inc (WFM) (See Note 1) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Costco Wholesale Corp (COST) | A | Dividend | J | T | Sold | 01/15/16 | J | | |
| 70. Costco Wholesale Corp (COST) | | | | | Buy | 12/28/16 | J | | |
| 71. Petmed Express Inc | A | Dividend | J | T | Sold (part) | 01/15/16 | J | | |
| 72. | | | | | Buy (add'l) | 01/25/16 | J | | |
| 73. | | | | | Buy (add'l) | 05/20/16 | J | | |
| 74. | | | | | Sold (part) | 11/09/16 | J | A | |
| 75. Northern Tier Energylp | | None | | | Sold | 01/11/16 | J | | |
| 76. IRA #1 (H) | | | | | | | | | |
| 77. - Janus Research Fd D | | None | | | Buy | 03/17/16 | L | | |
| 78. | | | | | Sold (part) | 09/16/16 | L | C | |
| 79. | | | | | Sold | 10/13/16 | J | A | |
| 80. - Janus Global Technology Fund | C | Dividend | L | T | Buy | 05/25/16 | L | | |
| 81. - Janus Global Research Fund D Shares (See Note 2) | | None | | | Sold | 02/08/16 | J | | |
| 82. - Janus Triton Fund D Shares (See Note 3) | | None | | | Sold (part) | 01/14/16 | K | | |
| 83. | | | | | Sold | 01/19/16 | L | | |
| 84. Brokerage (H) | | | | | | | | | |
| 85. - A Mark Precious Metals Inc | | None | | | Buy | 01/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 01/15/16 | J | A | |
| 87.  - ABBVIE Inc | | None | | | Buy | 03/17/16 | J | | |
| 88. | | | | | Sold | 04/08/16 | J | A | |
| 89.  - Alphabet Inc | | None | | | Buy | 01/04/16 | J | | |
| 90. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 91. | | | | | Buy (add'l) | 01/11/16 | J | | |
| 92. | | | | | Sold (part) | 01/15/16 | J | | |
| 93. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 94. | | | | | Sold | 02/08/16 | J | A | |
| 95.  - Amazon.Com Inc | | None | J | T | Buy | 01/29/16 | J | | |
| 96. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 97. | | | | | Sold | 06/17/16 | K | B | |
| 98. | | | | | Buy | 06/24/16 | J | | |
| 99. | | | | | Buy (add'l) | 07/13/16 | J | | |
| 100. | | | | | Buy (add'l) | 10/28/16 | J | | |
| 101. | | | | | Sold (part) | 11/09/16 | K | B | |
| 102.  - At Home Group Inc | | None | | | Buy | 08/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/14/16 | J | | |
| 104.  - Avid Technologies Inc | | None | | | Buy | 09/06/16 | J | | |
| 105. | | | | | Sold | 10/14/16 | J | | |
| 106.  - CVS Health Corp | A | Dividend | | | Buy | 01/15/16 | J | | |
| 107. | | | | | Sold | 01/20/16 | J | | |
| 108.  - Dynamic Materials | | None | | | Buy | 07/01/16 | J | | |
| 109. | | | | | Sold | 07/20/16 | J | | |
| 110.  - Edwards Life Sciences Corp | | None | | | Buy | 10/26/16 | J | | |
| 111. | | | | | Sold | 10/27/16 | J | | |
| 112.  - Enanta Pharmaceuticals | | None | | | Buy | 05/02/16 | J | | |
| 113. | | | | | Sold | 05/03/16 | J | | |
| 114.  - Express Inc Com | | None | | | Buy | 12/01/16 | J | | |
| 115. | | | | | Sold | 12/16/16 | J | A | |
| 116.  - Exxon Mobil Corp | A | Dividend | | | Buy | 04/12/16 | J | | |
| 117. | | | | | Sold | 05/31/16 | J | A | |
| 118.  - Facebook Inc Com | | None | | | Buy | 03/21/16 | J | | |
| 119. | | | | | Sold | 04/18/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Five Prime Therapeutics Inc | | None | | | Buy | 04/06/16 | J | | |
| 121. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 122. | | | | | Sold | 04/29/16 | J | A | |
| 123. - Flex Ltd Com | | None | | | Buy | 09/26/16 | J | | |
| 124. | | | | | Sold | 10/13/16 | J | | |
| 125. - General Motors Co Com | A | Dividend | | | Buy | 01/22/16 | J | | |
| 126. | | | | | Sold | 04/06/16 | J | | |
| 127. | | | | | Buy | 10/25/16 | J | | |
| 128. | | | | | Sold | 11/09/16 | J | | |
| 129. - Gilead Sciences Inc | | None | | | Buy | 04/08/16 | J | | |
| 130. | | | | | Sold | 04/29/16 | J | | |
| 131. - Idexx Labs Corp | | None | | | Buy | 07/11/16 | J | | |
| 132. | | | | | Sold | 10/25/16 | J | B | |
| 133. - Intel Corp | A | Dividend | | | Buy | 10/19/16 | J | | |
| 134. | | | | | Sold | 11/09/16 | J | | |
| 135. - Jinkosolar Holding Co | | None | | | Buy | 09/19/16 | J | | |
| 136. | | | | | Buy (add'l) | 10/11/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/09/16 | J | | |
| 138.  - JP Morgan Chase & Co | | None | J | T | Buy | 08/30/16 | J | | |
| 139. | | | | | Sold (part) | 09/23/16 | J | A | |
| 140.  - Kroger Co Com | | None | | | Sold | 01/15/16 | J | A | |
| 141. | | | | | Buy | 01/19/16 | J | | |
| 142. | | | | | Sold | 01/20/16 | J | | |
| 143. | | | | | Buy | 03/03/16 | J | | |
| 144. | | | | | Sold | 04/29/16 | J | | |
| 145.  - Microsoft Corp | | None | | | Buy | 04/22/16 | J | | |
| 146. | | | | | Sold | 04/26/16 | J | | |
| 147.  - Nvidia Corp | A | Dividend | K | T | Buy | 02/18/16 | J | | |
| 148. | | | | | Buy (add'l) | 05/09/16 | J | | |
| 149. | | | | | Sold | 06/17/16 | K | C | |
| 150. | | | | | Buy | 06/24/16 | K | | |
| 151. | | | | | Sold | 06/28/16 | K | | |
| 152. | | | | | Buy | 09/09/16 | J | | |
| 153. | | | | | Sold (part) | 11/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Powershares Exch Traded Fd | A | Dividend | | | Buy | 08/18/16 | J | | |
| 155. | | | | | Sold | 11/03/16 | J | | |
| 156. - Randgold Res Ltd ADR | | None | | | Buy | 07/01/16 | J | | |
| 157. | | | | | Sold (part) | 08/05/16 | J | | |
| 158. | | | | | Sold | 08/22/16 | J | | |
| 159. - SalesForce Com Inc | | None | | | Buy | 02/29/16 | J | | |
| 160. | | | | | Sold | 04/29/16 | J | A | |
| 161. | | | | | Buy | 05/19/16 | J | | |
| 162. | | | | | Sold | 08/17/16 | J | | |
| 163. - Sector Spdr Tr Shs Ben Int Energy | A | Dividend | | | Buy | 04/27/16 | J | | |
| 164. | | | | | Sold | 06/24/16 | J | | |
| 165. - Sector Spdr Tr Shs Ben Int Utilities | | None | | | Buy | 06/09/16 | J | | |
| 166. | | | | | Sold | 06/15/16 | J | A | |
| 167. - Sirius XM Holdings Inc | A | Dividend | | | Buy | 08/26/16 | J | | |
| 168. | | | | | Sold | 11/09/16 | J | | |
| 169. - Spdr Ser TR S&P BioTech ETF | | None | | | Buy | 08/18/16 | J | | |
| 170. | | | | | Sold | 08/29/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Starbucks Corp | | None | | | Buy | 03/29/16 | J | | |
| 172. | | | | | Sold | 04/12/16 | J | | |
| 173.  - Sunedison Inc | | None | | | Buy | 01/15/16 | J | | |
| 174. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 175. | | | | | Sold | 01/20/16 | J | | |
| 176.  - Titan Pharmaceutical | | None | | | Buy | 01/13/16 | J | | |
| 177. | | | | | Sold | 01/15/16 | J | | |
| 178.  - TJX Cos Inc | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 179. | | | | | Buy (add'l) | 10/22/16 | J | | |
| 180. | | | | | Sold (part) | 11/09/16 | J | | |
| 181. | | | | | Sold (part) | 11/17/16 | J | | |
| 182.  - Transenterix Inc | | None | | | Buy | 02/01/16 | J | | |
| 183. | | | | | Sold | 02/11/16 | J | A | |
| 184. | | | | | Buy | 03/11/16 | J | | |
| 185. | | | | | Buy (add'l) | 03/22/16 | J | | |
| 186. | | | | | Sold | 10/25/16 | J | | |
| 187.  - Triangle Cap Corp | | None | | | Buy | 01/04/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 01/11/16 | J | | |
| 189. - Valero Energy Corp | A | Dividend | | | Buy | 01/07/16 | J | | |
| 190. | | | | | Sold | 08/01/16 | J | | |
| 191. - Verizon Communications | | None | | | Buy | 04/29/16 | J | | |
| 192. | | | | | Sold | 05/13/16 | J | A | |
| 193. - Wal-Mart Stores | A | Dividend | | | Buy | 06/29/16 | J | | |
| 194. | | | | | Sold | 11/09/16 | J | | |
| 195. - Wells Fargo & Co | | None | | | Buy | 08/13/16 | J | | |
| 196. | | | | | Sold | 09/09/16 | J | | |
| 197. - CVR Refng LP Com | | None | | | Buy | 01/22/16 | J | | |
| 198. | | | | | Sold | 02/18/16 | J | | |
| 199. - Spdr Gold Tr Gold Shs | | None | J | T | Buy | 02/09/16 | J | | |
| 200. | | | | | Sold (part) | 03/04/16 | J | A | |
| 201. | | | | | Sold (part) | 03/23/16 | J | A | |
| 202. | | | | | Sold (part) | 04/05/16 | J | A | |
| 203. | | | | | Sold (part) | 05/05/16 | J | A | |
| 204. | | | | | Sold | 05/25/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy | 06/10/16 | J | | |
| 206. | | | | | Sold (part) | 07/06/16 | J | A | |
| 207. | | | | | Sold (part) | 08/03/16 | J | A | |
| 208. | | | | | Sold | 08/25/16 | J | A | |
| 209. | | | | | Buy | 11/03/16 | J | | |
| 210. | | | | | Sold (part) | 11/03/16 | J | | |
| 211. | | | | | Sold (part) | 12/05/16 | J | | |
| 212. - Electronic Arts (X) | | None | | | Sold | 01/20/16 | J | | |
| 213. - Ishares Core S&P 500 ETF | | None | J | T | Buy | 12/28/16 | J | | |
| 214. - Fidelity Nasdaq Composite Index (See Note 4) | | None | J | T | | | | | |
| 215. - Fidelity MSCI Finls Index ETF | A | Dividend | K | T | Buy | 11/04/16 | K | | |
| 216. - AT&T | | None | J | T | Buy | 11/29/16 | J | | |
| 217. - Amgen Inc | | None | J | T | Buy | 11/16/16 | J | | |
| 218. - Merck & Co Inc | | None | J | T | Buy | 12/27/16 | J | | |
| 219. - ALPS ETF Trust Medical (See Note 5) | | None | | | Sold | 01/07/16 | J | | |
| 220. - Cyber-Ark Software (See Note 6) | | None | | | Sold | 01/15/16 | J | | |
| 221. - Kroger Co Com (See Note 7) | | None | | | Sold | 01/15/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Buy | 01/19/16 | J | | |
| 223. | | | | | Sold | 01/20/16 | J | | |
| 224. | | | | | Buy | 03/03/16 | J | | |
| 225. | | | | | Sold | 04/29/16 | J | | |
| 226.  - Vasco Data Security Intl (See Note 8) | | None | | | Sold | 10/14/16 | J | | |
| 227.  - Electronic Arts (X) | | None | | | Sold | 01/20/16 | J | | |
| 228.  IRA #2 (H) | | | | | | | | | |
| 229.  - Wells Fargo Co | | None | | | Buy | 10/28/16 | K | | |
| 230. | | | | | Sold | 11/07/16 | K | | |
| 231.  - Tesla Inc Com | | None | | | Buy | 04/01/16 | K | | |
| 232. | | | | | Sold | 04/12/16 | K | A | |
| 233.  - Alphabet Inc | | None | K | T | Buy | 01/14/16 | J | | |
| 234. | | | | | Buy (add'l) | 01/07/16 | J | | |
| 235. | | | | | Buy (add'l) | 01/19/16 | J | | |
| 236. | | | | | Sold | 02/08/16 | K | | |
| 237. | | | | | Buy | 04/04/16 | K | | |
| 238. | | | | | Buy (add'l) | 04/14/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 11/14/16 | K | | |
| 240.  - Fidelity Low Priced Stock | | None | | | Buy | 07/01/16 | J | | |
| 241. | | | | | Buy (add'l) | 09/16/16 | J | | |
| 242. | | | | | Sold | 10/13/16 | J | A | |
| 243.  - Facebook Inc | | None | | | Buy | 04/29/16 | J | | |
| 244. | | | | | Sold | 11/14/16 | J | | |
| 245.  - SalesForce Com Inc | | None | | | Buy | 10/10/16 | K | | |
| 246. | | | | | Sold | 12/06/16 | K | | |
| 247.  - Chipotle Mexican Grill | | None | | | Buy | 03/17/16 | K | | |
| 248. | | | | | Sold | 04/07/16 | K | | |
| 249. | | | | | Buy | 05/17/16 | K | | |
| 250. | | | | | Sold | 06/14/16 | K | | |
| 251. | | | | | Buy | 06/24/16 | K | | |
| 252. | | | | | Sold (part) | 09/20/16 | K | | |
| 253. | | | | | Sold | 10/26/16 | K | | |
| 254.  - Fidelity Small Cap Enhanced Index Fund (See Note 9) | A | Dividend | J | T | | | | | |
| 255.  - PowerShares Exchange Traded Fd Tr II | | None | L | T | Buy | 11/14/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Johnson & Johnson | A | Dividend | K | T | Buy | 04/18/16 | K | | |
| 257. - Fidelity Global Equity Income (See Note 10) | | None | | | Sold | 10/13/16 | J | A | |
| 258. - Fidelity MSCI Consumer Discretionary Index ETF (See Note 11) | | None | | | Sold (part) | 01/19/16 | K | | |
| 259. | | | | | Sold | 02/08/16 | J | | |
| 260. - Fidelity Select Biotechnology (See Note 12) | | None | | | Sold | 02/08/16 | J | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 68 - Whole Foods MKT Inc was reported in 2015 report as a Part Sale but should have been reported as a Sale. This was an inadvertant error and did nor raise any conflict of interest issues.

2) Line 81 - Janus Global Research Fund D Shares was purchased 1/08/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

3) Line 82 - Janus Triton Fund D Shares was purchased 9/10/2015, Value Code K. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

4) Line 214 - Fidelity Nasdaq Composite Index was purchased 2/27/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

5) Line 219 - ALPS ETF Trust Medical was purchased 11/19/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

6) Line 220 - Cyber-Ark Software was purchased 9/24/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

7) Line 221 - Kroger Co Com was purchased 4/28/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

8) Line 226 - Vasco Data Security was purchased 7/28/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

9) Line 254 - Fidelity Small Cap Enhanced Index Fund was purchased 7/19/2015, Value Code J and sold in part on 12/16/2015, Value Code J and no gain Income type "Dividend" and Income Amount code A in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

10) Line 257 - Fidelity Global Equity Income was purchased 1/08/2015, Value Code J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

11 ) Line 258 - Fidelity MSCI Consumer Discretionary Index ETF was purchased 9/10/2015, Value Code K. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

12) Line 260 - Fidelity Select Biotechnology was purchased 2/27/2015 and on 4/10/15, Value Codes J. No income in 2015. This disclosure was inadvertantly omitted on my 2015 report. This omission did not raise any conflict of interest issues.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544